## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| Jaime Edmondson Longoria et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-CV-00032 |
| | ) | Judge Janet T. Neff |
| CDDM Corporation d/b/a Centerfolds of Lansing f/k/a Dream Girls, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

Having reviewed Defendant CDDM Corporation, d/b/a Centerfolds of Lansing f/k/a Dream Girls, ("CDDM's") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Complaint, and having found good cause therein, the Court ORDERS that CDDM's motion is granted, and CDDM shall be allowed up to and including March 21, 2019, to move, plead, or otherwise respond to plaintiffs' complaint.

Dated:   February 22, 2019              /s/ Janet T. Neff
                                        Judge Janet T. Neff
                                         UNITED STATES DISTRICT JUDGE

{7926136: }